No. 01–6078.  GARIBAY v. SMALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–6083.  GLASS v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 01–6088.  KOSTZUTA v. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 10th Cir.  Certiorari denied.

No. 01–6093.  TAYLOR v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 01–6105.  PATTERSON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–6128.  DILLARD v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–6130.  CHRISTESON v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 01–6165.  FERNANDEZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–6176.  WALKER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–6178.  MASON v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–6179.  KELLY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–6181.  LEWIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6183.  THOMPSON v. CASTRO, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–6185.  WEST v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.